### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TRANSAM TRUCKING, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>STARR INDEMNITY AND LIABILITY COMPANY,<br><br>    Defendant. | Case No. 2:18-cv-02689 |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff TransAm Trucking, Inc., pursuant to Rule 41(a)(1)(A)(i), hereby dismisses the above-captioned action without prejudice.

    Respectfully submitted,

    **SEIGFREID BINGHAM, P.C.**

    /s/ Andrew J. Goodwin
    Rachel H. Baker (US-KS#70148)
    rachelb@sb-kc.com
    Andrew J. Goodwin   (KS #25819)
    agoodwin@sb-kc.com
    2323 Grand Boulevard, Suite 1000
    Kansas City, MO 64108
    Telephone:  (816) 421-4460
    Facsimile:  (816) 474-3447

    ***ATTORNEYS FOR PLAINTIFF***

1441315v1